IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA
ERIE DIVISION

| | | |
|---|---|---|
| DAD'S PRODUCTS COMPANY, INC., | ) | |
| | ) | |
| | ) | Civil Action No. 03-350 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | The Honorable Sean J. McLaughlin |
| SERGEANT'S PET CARE PRODUCTS, INC. | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

### ORDER

This _____ day of _____, 2005, upon consideration of Sergeant's Pet Care Products, Inc.'s Motion for Summary Judgment Pursuant to Rule 56 of the *Federal Rules of Civil Procedure*, its Memorandum in support thereof and any briefs in opposition thereto, it is hereby ORDERED that said Motion is GRANTED and Plaintiff's Complaint in this action is hereby dismissed with prejudice in full.

_____
UNITED STATES DISTRICT JUDGE