GR

# U.S. Bankruptcy Court
## Western District of Michigan (Grand Rapids)
## Bankruptcy Petition #: 02-07387-jcs

*Assigned to:* Jo Ann C. Stevenson
Chapter 7
Involuntary
Asset

*Date Filed:* 06/28/2002

**Pet Life Foods, Inc.**
A-5491 144th Avenue
Holland, MI 49423
Tax id: 36-2011084
***Debtor***

represented by **Timothy J. Curtin**
Varnum Riddering Schmidt & Howlett LLP
PO Box 352
Grand Rapids, MI 49501
616-336-6440
Email: tjcurtin@varnumlaw.com

**AMS Associates, Inc.**
c/o Michael Shapiro
77 Grandville Ave
Grand Rapids, MI 49503
*TERMINATED: 07/23/2002*
***Petitioning Creditor***
***dba***
**A.M. Shapiro Packaging, Inc.**

represented by **Timothy J. Curtin**
(See above for address)
*TERMINATED: 07/23/2002*

**Forge Industrial Staffing, Inc.**
c/o Richard DeTamble
1280 Iroquois Ste 300
Naperville, IL 60563
*TERMINATED: 07/23/2002*
***Petitioning Creditor***

represented by **Timothy J. Curtin**
(See above for address)
*TERMINATED: 07/23/2002*

**Dad's Products Company, Inc.**
c/o Richard A Lang
18746 Mill St
PO Box 451
Meadville, PA 16335
*TERMINATED: 07/23/2002*
***Petitioning Creditor***

represented by **Timothy J. Curtin**
(See above for address)
*TERMINATED: 07/23/2002*

**Elizabeth Chalmers**
962 Woodworth NE
Grand Rapids, MI 49505
(616) 365-2766
Tax id: chalmers
***Trustee***

represented by **Michael W. Donovan**
Varnum Riddering Schmidt & Howlett LLP
PO Box 352
Grand Rapids, MI 49501
(616) 336-6000
Email: mwdonovan@varnumlaw.com

**Paul M. Morgan**



EXHIBIT

1

Varnum Riddering Schmidt & Howlett LLP
251 North Rose Street, 4th Floor
Kalamazoo, MI 49007
(616) 382-2300
Email: pmmorgan@varnumlaw.com

**Robert F. Wardrop, II**
Wardrop & Wardrop, P.C.
300 Ottawa Avenue, N.W., Ste 150
Grand Rapids, MI 49503
(616) 459-1225
Email: bkfilings@wardroplaw.com

**Timothy J. Curtin**
(See above for address)

**Michael V. Maggio**
Trial Attorney
Office of the US Trustee
The Law Building
330 Ionia NW Ste 202
Grand Rapids, MI 49503
(616) 456-2002
*U.S. Trustee*

| Filing Date | # | Docket Text |
|---|---|---|
| 06/28/2002 | 1 | Involuntary Petition. (cnr) (Entered: 06/28/2002) |
| 06/28/2002 | | 1 Summons(es) Issued on Pet Life Foods, Inc. (cnr) (Entered: 06/28/2002) |
| 06/28/2002 | | Final Installment Fee Paid. Received $ 200.00 Receipt # 161100 (cnr) (Entered: 06/28/2002) |
| 07/01/2002 | 2 | Summons and Involuntary Petition Served 6/28/02 on Pet Life Foods, Inc. (4 different addresses). Involuntary Answer due on 7/18/02 for Pet Life Foods, Inc. (bjs) (Entered: 07/02/2002) |
| 07/01/2002 | 3 | Summons and Involuntary Petition Served 6/28/02 on The Corporation Company (First class mail and Federal Express). (bjs) (Entered: 07/02/2002) |
| 07/01/2002 | 4 | Amended [2-1] Summons and Involuntary Petition Served 7/1/02 by Timothy J. Curtin for Petitioning Creditors upon corrected address of Debtor Pet Life Foods, Inc. (bjs) (Entered: 07/02/2002) |

| 07/16/2002 | 5 | Notice of Appearance And Request For Service Of Notice By Patrick E. Mears for Creditor LaSalle Business Credit,Inc.. (mcz) (Entered: 07/17/2002) |
|---|---|---|
| 07/16/2002 | 6 | Certificate Of Service By Patrick E. Mears for Creditor LaSalle Business Credit,Inc. Of [5-1] Of Appearance & Request Notice by Patrick E. Mears . (mcz) (Entered: 07/17/2002) |
| 07/18/2002 | 7 | Notice of Appearance And Request For Service Of Notice By Stephen B. Grow for Creditor World Pet LLC. (mcz) (Entered: 07/19/2002) |
| 07/18/2002 | 8 | Certificate Of Service By Stephen B. Grow for Creditor World Pet LLC Of [7-1] Of Appearance & Request Notice by Stephen B. Grow . (mcz) (Entered: 07/19/2002) |
| 07/23/2002 | 9 | Order For Relief under Chapter 7 Signed on date: 7/23/02 (mcz) (Entered: 07/24/2002) |
| 07/24/2002 | 10 | Notice of Commencement of Case, Meeting of Creditors and Fixing of Dates. First Meeting Scheduled For 3:00 8/14/02 At Office of the U S Trustee Last Day To Oppose Discharge: 10/13/02 (mcz) (Entered: 07/24/2002) |
| 07/24/2002 |  | Matrix/Verification Re: Order to File Matrix/Verification. (kw) (Entered: 07/24/2002) |
| 07/24/2002 |  | Notice of first meeting served by Cordant upon all creditors and parties of interest appearing on the Court's matrix on: 07/26/02. Number of Notices: 14. (Entered: 07/27/2002) |
| 08/05/2002 |  | Fee Paid Re: Motion for Relief from Stay. Received $ 75.00, Receipt # 163322. (Entered: 08/05/2002) |
| 08/05/2002 | 11 | Motion By Creditor CIT Group/Equipment Financing,Inc. For Relief From Stay Re: Bag Machine and Equipment. (mcz) (Entered: 08/05/2002) |
| 08/05/2002 | 12 | Notice of application or motion [11-1] giving parties in interest the right to object. (mcz) (Entered: 08/05/2002) |
| 08/05/2002 | 13 | Certificate Of Service By Paul J. Nicoletti for Creditor CIT Group/Equipment Financing,Inc. Of [11-1] Motion For Relief From Stay Re: Bag Machine and Equipment. by CIT Group/Equipment Financing,Inc. [12-1] Notice to creditors and other parties of interest of the right to object and with blank notice of hearing and with pro order.☐ (mcz) (Entered: 08/05/2002) |

| 08/05/2002 | 14 | Brief/Memorandum By Creditor CIT Group/Equipment Financing,Inc. In Support Of [11-1] Motion For Relief From Stay Re: Bag Machine and Equipment. by CIT Group/Equipment Financing,Inc. . (mcz) (Entered: 08/05/2002) |
| 08/14/2002 | | Meeting of Creditors Continued Without Date. No Representative For Debtor Appeared. (lsw, ) (Entered: 12/31/2003) |
| 08/19/2002 | 15 | Affidavit of no objection to motion [11-1] and request for order. Proposed order Attached. (mcz) (Entered: 08/20/2002) |
| 08/21/2002 | 16 | Order Granting [11-1] Motion For Relief From Stay Re: Bag Machine and Equipment. by CIT Group/Equipment Financing,Inc. . Signed on date: 8/21/02 (mcz) (Entered: 08/22/2002) |
| 08/22/2002 | 17 | Application By Trustee Elizabeth Chalmers To Employ Michael Donovan With Pro Order Date Served upon US Trustee: 8/23/02 (mcz) (Entered: 08/23/2002) |
| 08/22/2002 | 18 | Affidavit of No Adverse Interest regarding application for employment as professional [17-1] . (mcz) (Entered: 08/23/2002) |
| 08/22/2002 | 19 | Notice of Appearance And Request For Service Of Notice By Michael W. Donovan for Trustee Elizabeth Chalmers . (mcz) (Entered: 08/23/2002) |
| 08/22/2002 | 20 | Certificate Of Service By Michael W. Donovan for Trustee Elizabeth Chalmers Of [17-1] Application To Employ Michael Donovan by Elizabeth Chalmers, [18-1] Affidavit of Proposed Attorneys [19-1] Appearance & Request Notice by Michael W. Donovan . (mcz) (Entered: 08/23/2002) |
| 08/27/2002 | 21 | United States Trustee's Statement of No Objection to [17-1] Application To Employ Michael W. Donovan for Trustee Elizabeth Chalmers. (bjs) (Entered: 08/28/2002) |
| 08/29/2002 | 22 | Order Granting [17-1] Application To Employ Michael Donovan by Elizabeth Chalmers . Signed on date: 8/29/02 (mcz) (Entered: 08/30/2002) |
| 08/30/2002 | 23 | Certificate Of Service By Michael W. Donovan for Trustee Elizabeth Chalmers Of [22-1] Order Appointing Counsel for Trustee. (mcz) (Entered: 09/03/2002) |
| 09/16/2002 | 24 | All Schedules have been filed. (mcz) (Entered: 09/16/2002) |
| 09/16/2002 | 25 | Statement of Financial Affairs. (mcz) (Entered: 09/16/2002) |

| 09/16/2002 | 26 | Amended Matrix. (mcz) (Entered: 09/16/2002) |
|------------|-----|---------------------------------------------|
| 09/16/2002 | 27 | Request by Creditor American Express Travel Services For Notice. (mcz) (Entered: 09/17/2002) |
| 09/18/2002 | 28 | Notice of Appearance And Request For Service Of Notice By Thomas A. Hoffman for Creditor Arrow Roofing & Supply Inc.. (mcz) (Entered: 09/19/2002) |
| 09/18/2002 | 29 | Certificate Of Service By Thomas A. Hoffman for Creditor Arrow Roofing & Supply Inc. Of [28-1] Of Appearance & Request Notice by Thomas A. Hoffman . (mcz) (Entered: 09/19/2002) |
| 10/10/2002 | 30 | Motion For Approval of Stipulation Lifting Automatic Stay filed by Creditor LaSalle Business Credit,Inc. Credit,Inc. . (mcz) (Entered: 10/10/2002) |
| 10/10/2002 | 31 | Notice of application or motion [30-1] giving parties in interest the right to object. (mcz) (Entered: 10/10/2002) |
| 10/10/2002 | 32 | Affidavit filed by Creditor LaSalle Business Credit,Inc. Re: [30-1] Motion For Approval of Stipulation Lifting Automatic Stay by LaSalle Business Credit,Inc. (mcz) (Entered: 10/10/2002) |
| 10/15/2002 | 33 | Motion By Trustee Elizabeth Chalmers To Compel Appearance of Representative of Debtor and Production of Documents . (mcz) (Entered: 10/16/2002) |
| 10/15/2002 | 34 | Notice of application or motion [33-1] giving parties in interest the right to object. (mcz) (Entered: 10/16/2002) |
| 10/15/2002 | 35 | Certificate Of Service By Timothy J. Curtin for Petitioning Creditor Dad's Products Company, Inc., Petitioning Creditor Forge Industrial Staffing, Inc., Petitioning Creditor AMS Associates, Inc. Of [33-1] Motion To Compel Appearance of Representative of Debtor and Production of Documents by Elizabeth Chalmers, [34-1] Notice to creditors and other parties of interest of the right to object and with pro order. (mcz) (Entered: 10/16/2002) |
| 10/15/2002 | 36 | Certificate Of Service By Patrick E. Mears for Creditor LaSalle Business Credit,Inc. Of [33-1] Motion To Compel Appearance of Representative of Debtor and Production of Documents by Elizabeth Chalmers, [34-1] Notice to creditors and other parties of interest of the right to object [35-1] Service Certificate by Timothy J. Curtin . (mcz) (Entered: 10/16/2002) |
| 10/25/2002 | 37 | Motion By Trustee Elizabeth Chalmers To Sell Real Property by |

| | | |
|---|---|---|
| | | Public Auction Free and Clear of Liens and Interest Re: Manufacturing Plant (mcz) (Entered: 10/25/2002) |
| 10/25/2002 | 38 | Notice of application or motion [37-1] giving parties in interest the right to object. (mcz) (Entered: 10/25/2002) |
| 10/25/2002 | 39 | Application By Trustee Elizabeth Chalmers To Employ S.J. Wisinski & Company as Broker Locate Purchasers to Participate in Auction of Real Property Date Served upon US Trustee: 10/25/02 (mcz) (Entered: 10/25/2002) |
| 10/25/2002 | 40 | Affidavit of No Adverse Interest regarding application for employment as professional [39-1] . (mcz) (Entered: 10/25/2002) |
| 10/25/2002 | 41 | Certificate Of Service By Timothy J. Curtin for Petitioning Creditor Dad's Products Company, Inc., Petitioning Creditor Forge Industrial Staffing, Inc., Petitioning Creditor AMS Associates, Inc. Of [37-1] Motion To Sell Real Property by Public Auction Free and Clear of Liens and Interest Re: Manufacturing Plant by Elizabeth Chalmers, [38-1] Notice, [39-1] Application To Employ S.J. Wisinski & Company as Broker Locate Purchasers to Participate in Auction of Real Property by Elizabeth Chalmers, [40-1] Affidavit . (mcz) (Entered: 10/25/2002) |
| 10/25/2002 | 42 | Application By Trustee Elizabeth Chalmers To Employ Broker S.J. Wisinski & Company of Grand Rapids, Michigan To Locate Purchasers To Participate In Auction of Real Property with Exhibits and Proposed Order attached. Date Served upon US Trustee: 10/28/02 (mak) (Entered: 10/28/2002) |
| 10/25/2002 | 43 | Certificate Of Service By Timothy J. Curtin for Trustee Elizabeth Chalmers Of [37-1] Motion To Sell Real Property by Public Auction Free and Clear of Liens and Interest; [38-1] Notice of Motion and Opportunity To Object. (mak) (Entered: 10/28/2002) |
| 10/25/2002 | 44 | Certificate Of Service By Timothy J. Curtin for Trustee Elizabeth Chalmers Of [38-1] Notice of Motion of Chapter 7 Trustee To Sell Real Property by Public Auction Free and Clear of Liens and Interests. (mak) (Entered: 10/28/2002) |
| 10/25/2002 | 47 | Order Granting [42-1] Application To Employ Broker S.J. Wisinski & Company of Grand Rapids, Michigan To Locate Purchasers To Participate In Auction of Real Property by Elizabeth Chalmers . Signed on date: 10/25/02 (mcz) (Entered: 10/30/2002) |
| 10/28/2002 | 45 | Affidavit of no objection to motion [30-1] and request for order. Proposed order Attached. (mcz) (Entered: 10/29/2002) |

| | | |
|---|---|---|
| 10/28/2002 | 46 | Letter from J.Michael Lewis concerning his posiiton at the firm effective December 31, 2001. ( Not working there) (mcz) (Entered: 10/29/2002) |
| 10/30/2002 | 48 | Certificate Of Service By Timothy J. Curtin for Trustee Elizabeth Chalmers, Petitioning Creditor Dad's Products Company, Inc. Petitioning Creditor Forge Industrial Staffing, Inc. Petitioning Creditor AMS Associates, Inc. Of [47-1] Order Approving Application to employ Broker to locate purchasers to participate in auction of real property. (mcz) (Entered: 10/31/2002) |
| 11/01/2002 | 49 | Supplemental Affidavit of Proposed Attorneys of No Adverse Interest regarding [17-1] Application for employment as professional. (bjs) (Entered: 11/05/2002) |
| 11/01/2002 | 50 | Certificate Of Service By Timothy J. Curtin for Trustee Elizabeth Chalmers Of [49-1] Supplemental Affidavit of Proposed Attorneys. (bjs) (Entered: 11/05/2002) |
| 11/04/2002 | 51 | Order Granting [30-1] Motion Approving Stipulation Lifting Automatic Stay as to LaSalle Business Credit, Inc. Signed on date: 11/4/02 (bjs) (Entered: 11/07/2002) |
| 11/07/2002 | 52 | Request by Creditor Georgia-Pacific Corporation For Special Notice. (bjs) (Entered: 11/08/2002) |
| 11/14/2002 | 53 | Objection By Creditor World Pet LLC To [37-1] Motion To Sell Real Property by Public Auction Free and Clear of Liens and Interest Re: Manufacturing Plant by Elizabeth Chalmers . (mcz) (Entered: 11/15/2002) |
| 11/18/2002 | 54 | Response By Trustee Elizabeth Chalmers To [53-1 World Pet,LLC'S Limited Objection to Motion to Sell Real Property] (mcz) (Entered: 11/18/2002) |
| 11/18/2002 | 55 | Certificate Of Service By Michael W. Donovan for Trustee Elizabeth Chalmers For [54-1] Response to World Pet LLC Limited Objection to Motion to Sell Real Property by Elizabeth Chalmers . (mcz) (Entered: 11/18/2002) |
| 11/18/2002 | 56 | Certificate Of Service By Pet Life Foods, Inc. for Debtor Pet Life Foods, Inc. Of [53-1] Objection by World Pet LLC to Motion of chapter 7 trustee to sell real property by Public Auction Free and Clear of Liens ad Interest.. (mcz) (Entered: 11/19/2002) |
| 11/18/2002 | | Adj Hearing Held Re: [37-1] Motion To Sell Real Property by Public Auction Free and Clear of Liens and Interest Re: Manufacturing Plant |

| | | by Elizabeth Chalmers . Manufacturing sold to World Pet LLC for World Pet Plant Real Estate LLC for $1,950.000.00 (mcz) (Entered: 11/20/2002) |
|---|---|---|
| 12/03/2002 | 57 | Affidavit of no objection to [33-1] Motion to Compel Appearance of Representatives of Debtor and Production of Documents and request for order. Proposed order attached. (nb) (Entered: 12/04/2002) |
| 12/12/2002 | 58 | Order Granting [33-1] Motion To Compel Appearance of Representative of Debtor and Production of Documents by Elizabeth Chalmers . Signed on date: 12/12/02 (mcz) (Entered: 12/17/2002) |
| 12/18/2002 | 59 | Certificate Of Service By Timothy J. Curtin for Trustee Elizabeth Chalmers, Petitioning Creditor Dad's Products Company, Inc., Petitioning Creditor Forge Industrial Staffing, Inc., Petitioning Creditor AMS Associates, Inc. Of [58-1] Order Relating to required appearance of representative of debtor and production of documents. (mcz) (Entered: 12/19/2002) |
| 12/19/2002 | 60 | Order Granting [37-1] Motion To Sell Real Property by Public Auction Free and Clear of Liens and Interest Re: Manufacturing Plant by Elizabeth Chalmers . Signed on date: 12/19/02 (mcz) (Entered: 12/20/2002) |
| 12/20/2002 | 61 | Certificate Of Service By Timothy J. Curtin for Trustee Elizabeth Chalmers, [60-1] Order Authorizing the Trustee to sell certain real property free and clear of all liens and interests (Distribution Center) (mcz) (Entered: 12/23/2002) |
| 01/21/2003 | 62 | Notice of Appearance And Request For Service Of Notice By Melissa C. Brown for Creditor Beacon Services,Inc.. (mcz) (Entered: 01/22/2003) |
| 02/13/2003 | 63 | Order Granting [37-1] Motion To Sell Real Property by Public Auction Free and Clear of Liens and Interest Re: Manufacturing Plant by Elizabeth Chalmers . Signed on date: 2/13/03 (mcz) (Entered: 02/14/2003) |
| 03/18/2003 | 64 | Trustee's Interim Report. Period Ending: 3/10/03 (mak) (Entered: 03/19/2003) |
| 04/23/2003 | 65 | First Application By Timothy J. Curtin for Trustee Elizabeth Chalmers, Petitioning Creditor Dad's Products Company, Inc., Petitioning Creditor Forge Industrial Staffing, Inc., Petitioning Creditor AMS Associates, Inc. For Compensation ( Fees: $ 54,855.00, Expenses: $ 1,898.28) . (mcz) (Entered: 04/24/2003) |
| | | |

| 04/23/2003 | 66 | Notice of application for fees [65-1] and giving parties in interest the right to object. (mcz) (Entered: 04/24/2003) |
|---|---|---|
| 04/23/2003 | 67 | Certificate Of Service By Timothy J. Curtin for Trustee Elizabeth Chalmers, Of [65-1] Application For Compensation ( Fees: $ 54,855.00, Expenses: $ 1,898.28) by Timothy J. Curtin, [66-1] Application Notice . (mcz) (Entered: 04/24/2003) |
| 04/30/2003 | 68 | Notice of Appearance And Request For Service Of Notice By Christopher J. McCarty for Creditor Claimspro Health Cliams Services,Inc.. (mcz) (Entered: 04/30/2003) |
| 05/22/2003 | 69 | Affidavit of no objection to motion [65-1] and request for order. Proposed order Attached. (mcz) (Entered: 05/23/2003) |
| 06/02/2003 | 70 | Order Granting [65-1] Application For Compensation ( Fees: $ 54,855.00, Expenses: $ 1,898.28) by Timothy J. Curtin payment to Timothy J. Curtin of $56753.28 in fees . Signed on date: 6/2/03 (mcz) (Entered: 06/02/2003) |
| 06/03/2003 | 71 | Certificate Of Service By Timothy J. Curtin for Trustee Elizabeth Chalmers, Petitioning Creditor Dad's Products Company, Inc., Petitioning Creditor Forge Industrial Staffing, Inc., Petitioning Creditor AMS Associates, Inc. Of [70-1] Order Approving and authorizing payment of first application for attorneys fees by Timothy J. Curtin . (mcz) (Entered: 06/04/2003) |
| 06/19/2003 | 72 | Motion To Approve Settlement Procedure filed by Trustee Elizabeth Chalmers . (mcz) (Entered: 06/20/2003) |
| 06/19/2003 | 73 | Notice of application or motion [72-1] giving parties in interest the right to object. (mcz) (Entered: 06/20/2003) |
| 06/19/2003 | 74 | Certificate Of Service By Timothy J. Curtin for Trustee Elizabeth Chalmers, Petitioning Creditor Dad's Products Company, Inc., Petitioning Creditor Forge Industrial Staffing, Inc., Petitioning Creditor AMS Associates, Inc. Of [72-1] Motion To Approve Settlement Procedure by Elizabeth Chalmers, [73-1] Notice . (mcz) (Entered: 06/20/2003) |
| 06/27/2003 | 75 | Motion By Trustee Elizabeth Chalmers For Approve of Settlement With Robinson Cartgage Company Alleged Preferential Transfer (mcz) (Entered: 06/30/2003) |
| 06/27/2003 | 76 | Motion By Trustee Elizabeth Chalmers To Approve Settlement with Silliker Inc. Re: Alleged Preferential Tranfer (mcz) (Entered: 06/30/2003) |

| 06/27/2003 | 77 | Motion By Creditor Buthcher & Packer Supply Company To Approve Settlement f $ 1,680.00 (mcz) (Entered: 07/02/2003) |
| 07/01/2003 | 78 | Notice of application or motion [76-1] giving parties in interest the right to object. (mcz) (Entered: 07/02/2003) |
| 07/01/2003 | 79 | Notice of application or motion [75-1] giving parties in interest the right to object. (mcz) (Entered: 07/03/2003) |
| 07/01/2003 | 80 | Notice of application or motion [77-1] giving parties in interest the right to object. (mcz) (Entered: 07/03/2003) |
| 07/02/2003 | 81 | Amended [79-1] Notice, [75-1] Motion For Approve of Settlement With Robinson Cartgage Company Alleged Preferential Transfer . Filed by: Timothy J. Curtin for Trustee Elizabeth Chalmers, Petitioning Creditor Dad's Products Company, Inc., Petitioning Creditor Forge Industrial Staffing, Inc., Petitioning Creditor AMS Associates, Inc. (mcz) (Entered: 07/03/2003) |
| 07/02/2003 | 82 | Amended [77-1] Notice of filing Re: Motion To Approve Settlement, With Butcher & Packer Supply Company [80-1] Notice Filed by: Timothy J. Curtin for Trustee Elizabeth Chalmers, (mcz) (Entered: 07/03/2003) |
| 07/02/2003 | 83 | Amended [78-1] Notice of Filing Re: [76-1] Motion To Approve Settlement with Silliker Inc. Re: Alleged Preferential Tranfer . Filed by: Timothy J. Curtin for Trustee Elizabeth Chalmers, (mcz) (Entered: 07/03/2003) |
| 07/02/2003 | 84 | Certificate Of Service By Timothy J. Curtin for Trustee Elizabeth Chalmers, [80-1] Notice of Filing of Motions to Approve Settlement. [79-1] Notice, [78-1] Notice .(4) (mcz) (Entered: 07/03/2003) |
| 07/02/2003 | 84 | Notice Of Intent by Trustee Elizabeth Chalmers To Abandon 401 K Profit Sharing Plan (mcz) (Entered: 07/03/2003) |
| 07/03/2003 | 85 | Certificate Of Service By Timothy J. Curtin for Trustee Elizabeth Chalmers, Of [84-1] Notice or right to demand hearing, Abandonment of property and order disallowing secured claims by Elizabeth Chalmers . (mcz) (Entered: 07/07/2003) |
| 07/03/2003 | 86 | Certificate Of Service By Timothy J. Curtin for Trustee Elizabeth Chalmers, Of [83-1] Amended Document by Timothy J. Curtin, [82-1] Amended Document by Timothy J. Curtin, [81-1] Amended Document by Timothy J. Curtin .Re: Amended Notices for Filing of Butcher & Packer Supply Company and Mor-Son Leasing Company, Robinson Cartage Company and Silliker Inc,. (mcz) (Entered: |

| | | 07/07/2003) |
|---|---|---|
| 07/25/2003 | 87 | Notice of Appearance by Timothy Hillegonds on behalf of Creditor Zeeland Farm Services,Inc. . (mcz, ) (Entered: 07/28/2003) |
| 07/26/2003 | 88 | Order Approving Motion To Approve Settlement Re: Robinson Cartage Company (Related Doc # 75) Signed on 7/26/2003. (mcz, ) (Entered: 07/28/2003) |
| 07/29/2003 | 89 | Order Granting Motion To Approve (Related Doc # 76)Settlement with Butcher & Packer Supply Company Signed on 7/29/2003. (mcz, ) (Entered: 07/29/2003) |
| 07/29/2003 | 90 | Order Granting Motion To Approve Settlement with Mor-Son Leasing Company (Related Doc # 77) Signed on 7/29/2003. (mcz, ) (Entered: 07/29/2003) |
| 07/29/2003 | 92 | Certificate of Service (RE: related document(s)90 Order Approving Settlement on Motion to Approve with Mor-Son Leasing Company and pet Life Foods,Inc. Filed by Petitioning Creditor AMS Associates, Inc. (mcz, ) (Entered: 07/31/2003) |
| 07/30/2003 | 91 | Certificate of Service (RE: related document(s)88 Order Approving Settlement with Pet Life Foods, Inc. and Robinson Cartage Company on Motion to Approve). Filed by Petitioning Creditor AMS Associates, Inc. (mcz, ) (Entered: 07/31/2003) |
| 07/30/2003 | 93 | Order Granting Motion To Approve Settlement Procedure with Trustee Elizabeth Chalmers (Related Doc # 72) Signed on 7/30/2003. (mcz, ) (Entered: 07/31/2003) |
| 07/30/2003 | | Hearing Held (RE: related document(s) 72 Possible objections to Trustee Motion to Approve Settlement filed by Trustee Elizabeth Chalmers) Hearing no necessary as no objections were filed order to be presented later in the day. (mcz, ) (Entered: 08/04/2003) |
| 07/31/2003 | 94 | Certificate of Service (RE: related document(s)76 Order Approving Motion to Approve Settlement with Silliker, Inc.) Filed by Petitioning Creditor AMS Associates, Inc. (mcz, ) (Entered: 07/31/2003) |
| 07/31/2003 | 95 | Certificate of Service (RE: related document(s)93 Order Approving Settlement on Motion to Approve). Filed by Petitioning Creditor AMS Associates, Inc. (mcz, ) (Entered: 08/01/2003) |
| 08/11/2003 | 96 | Motion to Approve Settlement with Co-Sales Payment of $ 1,259.15 Filed by Trustee Elizabeth Chalmers (Attachments: # 1 Notice & Opportunity to Object # 2 Proposed Order) (mcz, ) (Entered: |

| | | |
|---|---|---|
| | | 08/12/2003) |
| 08/11/2003 | 97 | Motion to Approve Settlement with Spe-D-Gas Progas Propane Payment $ 8,519.02 Filed by Trustee Elizabeth Chalmers (Attachments: # 1 Notice & Opportunity to Object # 2 Proposed Order) (mcz, ) (Entered: 08/12/2003) |
| 08/11/2003 | 98 | Motion to Approve Settlement with Consumers Energy Company Filed by Trustee Elizabeth Chalmers (Attachments: # 1 Notice & Opportunity to Object # 2 Proposed Order) (mcz, )Settlment of $60,000.00 (Entered: 08/12/2003) |
| 08/11/2003 | 99 | Motion to Approve Settlement with The Peterson Company Filed by Trustee Elizabeth Chalmers (Attachments: # 1 Proposed Order # 2 Notice & Opportunity to Object) (mcz, ) Settlement of $30,000.00 (Entered: 08/12/2003) |
| 08/11/2003 | 100 | Motion to Approve Settlement with Mobile Pallet Service Filed by Trustee Elizabeth Chalmers (Attachments: # 1 Proposed Order # 2 Notice & Opportunity to Object) (mcz, )Settlement of $8,158.50 (Entered: 08/12/2003) |
| 08/12/2003 | 101 | Certificate of Service (RE: related document(s)96 Motion for Settlement of, 97 Motion for Settlement of, 98 Motion for Settlement of, 99 Motion for Settlement of, 100 Motion for Settlement of). Filed by Trustee Elizabeth Chalmers (mcz, ) (Entered: 08/13/2003) |
| 09/11/2003 | 102 | Affidavit of No Objection (RE: related document(s)97 Motion for Settlement with Spe-D-Gas/ProGas Propane (Attachments: # 1 Proposed Order) Filed by Trustee Elizabeth Chalmers (mcz, ) (Entered: 09/12/2003) |
| 09/11/2003 | 103 | Affidavit of No Objection (RE: related document(s)100 Motion for Settlement With Mobile Pallet Service (Attachments: # 1 Proposed Order) Filed by Trustee Elizabeth Chalmers (mcz, ) (Entered: 09/12/2003) |
| 09/11/2003 | 104 | Affidavit of No Objection (RE: related document(s)96 Motion for Settlement With Co-Sales (Attachments: # 1 Proposed Order) Filed by Trustee Elizabeth Chalmers (mcz, ) (Entered: 09/12/2003) |
| 09/11/2003 | 105 | Affidavit of No Objection (RE: related document(s)98 Motion for Settlement With Consumers Energy Company (Attachments: # 1 Proposed Order) Filed by Trustee Elizabeth Chalmers (mcz, ) (Entered: 09/12/2003) |
| 09/11/2003 | 106 | Affidavit of No Objection (RE: related document(s)99 Motion for |

| | | |
|---|---|---|
| | | Settlement With The Peterson Company (Attachments: # 1 Proposed Order) Filed by Trustee Elizabeth Chalmers (mcz, ) (Entered: 09/12/2003) |
| 09/12/2003 | 107 | Order Granting Motion for Settlement with Mobile Pallet Service inc. (Related Doc # 100) Signed on 9/12/2003. (mcz, ) (Entered: 09/15/2003) |
| 09/12/2003 | 108 | Order Granting Motion for Settlement With Spe-D-Gas/Prop Gas Propane (Related Doc # 97) Signed on 9/12/2003. (mcz, ) (Entered: 09/15/2003) |
| 09/12/2003 | 109 | Order Granting Motion for Settlement With The Peterson Company (Related Doc # 99) Signed on 9/12/2003. (mcz, ) (Entered: 09/15/2003) |
| 09/12/2003 | 110 | Order Granting Motion for Settlement With Co-Sales (Related Doc # 96) Signed on 9/12/2003. (mcz, ) (Entered: 09/15/2003) |
| 09/12/2003 | 111 | Order Granting Motion for Settlement With Consumers Energy Company(Related Doc # 98) Signed on 9/12/2003. (mcz, ) (Entered: 09/15/2003) |
| 09/16/2003 | 112 | Certificate of Service (RE: related document(s)108 Order on Motion for Settlement with Spe-D-Gas/Pro Gas Propane Filed by Trustee Elizabeth Chalmers (mcz, ) (Entered: 09/18/2003) |
| 09/16/2003 | 113 | Certificate of Service (RE: related document(s)107 Order on Motion for Settlement With Mobile Pallet Service Inc. Filed by Trustee Elizabeth Chalmers (mcz, ) (Entered: 09/18/2003) |
| 09/16/2003 | 114 | Certificate of Service (RE: related document(s)110 Order on Motion for Settlement With Co-Sales Filed by Trustee Elizabeth Chalmers (mcz, ) (Entered: 09/18/2003) |
| 09/16/2003 | 115 | Certificate of Service (RE: related document(s)111 Order on Motion for Settlement With Consumers Energy Company Filed by Trustee Elizabeth Chalmers (mcz, ) (Entered: 09/18/2003) |
| 09/16/2003 | 116 | Certificate of Service (RE: related document(s)109 Order on Motion for Settlement With The Peterson Company Filed by Trustee Elizabeth Chalmers (mcz, ) (Entered: 09/18/2003) |
| 10/28/2003 | 117 | Motion to Approve Settlement With Americraft Carton Inc. For $ 23,504.55 Filed by Trustee Elizabeth Chalmers (Attachments: # 1 Proposed Order # 2 Notice & Opportunity to Object # 3 Certificate of Service (Interested Parties)) (mcz, ) (Entered: 10/29/2003) |

| 10/28/2003 | 118 | Motion to Approve Settlement with Merrick Petfoods, Inc. for $15,762.75 Filed by Trustee Elizabeth Chalmers (Attachments: # 1 Proposed Order # 2 Notice & Opportunity to Object # 3 Certificate of Service (Interested Parties)) (mcz, ) (Entered: 10/29/2003) |
| 11/18/2003 | 119 | Affidavit of No Objection (RE: related document(s)118 Motion to Approve Settlement with Merrick Petfoods, Inc. for $15,762.75). (Attachments: # 1 Proposed Order) Filed by Trustee Elizabeth Chalmers (lsw, ) (Entered: 11/19/2003) |
| 11/19/2003 | 120 | Affidavit of No Objection (RE: related document(s)117 Motion to Approve Settlement With Americraft Carton Inc. For $ 23,504.55). (Attachments: # 1 Proposed Order) Filed by Trustee Elizabeth Chalmers (lsw, ) (Entered: 11/19/2003) |
| 11/21/2003 | 121 | Motion for 2004 Examination of CIT Equipment Financing - North American Construction And Transporation Division Filed by Trustee Elizabeth Chalmers (Attachments: # 1 Proposed Order) (lsw, ) (Entered: 11/24/2003) |
| 11/24/2003 | 122 | Order Granting Motion for 2004 Examination (Related Doc # 121). Examination of CIT Equipment Financing - North American Construction And Transporation Division. Signed on 11/24/2003. (lsw, ) (Entered: 12/02/2003) |
| 11/25/2003 | 123 | Order Granting Motion to Approve Settlement With Americraft Carton Inc. For $ 23,504.55 (Related Doc # 117) Signed on 11/25/2003. (lsw, ) (Entered: 12/02/2003) |
| 11/25/2003 | 124 | Order Granting Motion to Approve Settlement with Merrick Petfoods, Inc. for $15,762.75 (Related Doc # 118) Signed on 11/25/2003. (lsw, ) (Entered: 12/02/2003) |
| 12/02/2003 | 125 | Certificate of Service (RE: related document(s)123 Order Granting Motion to Approve Settlement With Americraft Carton Inc.). Filed by Trustee Elizabeth Chalmers (lsw, ) (Entered: 12/03/2003) |
| 12/02/2003 | 126 | Certificate of Service (RE: related document(s)124 Order Granting Motion to Approve Settlement with Merrick Petfoods, Inc.). Filed by Trustee Elizabeth Chalmers (lsw, ) (Entered: 12/03/2003) |
| 12/12/2003 | 127 | Receipt of Relief from Stay Filing Fee - $150.00 by JG. Receipt Number 00198538. (Entered: 12/12/2003) |
| 12/12/2003 | 128 | Motion for Relief from the Automatic Stay Re: 2001 Caterpillar Model GC15K With FFT Mast And Side Shifter And Five 2001 Mitsubishi Model FGC15K With FFT Masts And Side Shifters. |

| | | Receipt Number 198538, Fee Amount $150, Filed by Creditor CitiCorp Del-Lease, Inc. (Attachments: # 1 Exhibits # 2 Notice & Opportunity to Object # 3 Certificate of Service (Interested Parties) # 4 Proposed Order As Exhibit A) (lsw, ) (Entered: 12/15/2003) |
|---|---|---|
| 01/02/2004 | 129 | Affidavit of No Objection (RE: related document(s)128 Motion for Relief from the Automatic Stay Re: 2001 Caterpillar Model GC15K With FFT Mast And Side Shifter And 2001 Mitsubishi Model FGC15K With FFT Masts And Side Shifters. Receipt Number 198538, Fee Amount $150,). Filed by Creditor CitiCorp Del-Lease, Inc. (nb, ) (Entered: 01/05/2004) |
| 01/06/2004 | 130 | Order Granting Motion For Relief From Stay As To Citicorp Del-Lease, Inc.(Related Doc # 128) Signed on 1/6/2004. (lsw, ) (Entered: 01/07/2004) |
| 01/06/2004 | 131 | Application to Employ Special Counsel Wardrop & Wardrop, PC (Robert F. Wardrop II) as Trustee's Attorney Filed by Trustee Elizabeth Chalmers (Attachments: # 1 Affidavit of Disinterestedness # 2 Certificate of Service (Interested Parties) # 3 Proposed Order) Served Upon The United States Trustee On 01/09/04. (lsw, ) (Entered: 01/09/2004) |
| 01/20/2004 | 132 | Trustee's Notice of Possible Dividends to Creditors (lsw, ) (Entered: 01/21/2004) |
| 01/20/2004 | 133 | Certificate of Service (RE: related document(s)130 Order on Motion For Relief From Stay). Filed by Creditor CitiCorp Del-Lease, Inc. (lsw, ) (Entered: 01/21/2004) |
| 01/23/2004 | 134 | BNC Certificate of Mailing - Notice of Possible Dividends Service Date 01/23/2004. (Related Doc # 132) (Admin.) (Entered: 01/24/2004) |
| 01/28/2004 | 135 | Motion to Approve Settlement With PB Leiner USA f/k/a Leiner Davis Gelatin Corp. Filed by Trustee Elizabeth Chalmers (Attachments: # 1 Notice & Opportunity to Object # 2 Certificate of Service (Interested Parties) # 3 Proposed Order) (lsw, ) (Entered: 01/29/2004) |
| 02/05/2004 | 136 | 454 (Recover Money/Property): Complaint by Elizabeth C. Chalmers against SBC Ameritech Corporation . Fee Amount $150 (Attachments: # 1 Adversary Coversheet) (kap, ) (Entered: 02/06/2004) |
| 02/05/2004 | 137 | 454 (Recover Money/Property): Complaint by Elizabeth C. Chalmers against Streamline Foods, Inc. . Fee Amount $150 (Attachments: # 1 |

| | | |
|---|---|---|
| | | Adversary Coversheet) (kap, ) (Entered: 02/06/2004) |
| 02/05/2004 | <u>138</u> | 454 (Recover Money/Property): Complaint by Elizabeth C. Chalmers against Kalsec, Inc. . Fee Amount $150 (Attachments: # <u>1</u> Adversary Coversheet) (kap, ) (Entered: 02/06/2004) |
| 02/05/2004 | <u>139</u> | 454 (Recover Money/Property): Complaint by Elizabeth C. Chalmers against Bob Goodwin . Fee Amount $150 (Attachments: # <u>1</u> Adversary Coversheet) (kap, ) (Entered: 02/06/2004) |
| 02/05/2004 | <u>140</u> | 454 (Recover Money/Property): Complaint by Elizabeth C. Chalmers against Brink Farms, Inc. . Fee Amount $150 (Attachments: # <u>1</u> Adversary Coversheet) (kap, ) (Entered: 02/06/2004) |
| 02/05/2004 | <u>141</u> | 454 (Recover Money/Property): Complaint by Elizabeth C. Chalmers against Neogen Corporation . Fee Amount $150 (Attachments: # <u>1</u> Adversary Coversheet) (kap, ) (Entered: 02/06/2004) |
| 02/05/2004 | <u>142</u> | 454 (Recover Money/Property): Complaint by Elizabeth C. Chalmers against Grand Rapids Scale Company . Fee Amount $150 (Attachments: # <u>1</u> Adversary Coversheet) (kap, ) (Entered: 02/06/2004) |
| 02/05/2004 | <u>143</u> | 454 (Recover Money/Property): Complaint by Elizabeth C. Chalmers against Chromatech, Inc. . Fee Amount $150 (Attachments: # <u>1</u> Adversary Coversheet) (kap, ) (Entered: 02/06/2004) |
| 02/13/2004 | <u>144</u> | 454 (Recover Money/Property): Complaint by Elizabeth C. Chalmers against R.P. Septic Systems And Excavating Inc. . Fee Amount $150 (Attachments: # <u>1</u> Adversary Coversheet) (jeg, ) (Entered: 02/17/2004) |
| 02/17/2004 | | Returned Mail Received. Notice Of Possible Dividends intended for South Haven Packaging Inc., Omega Protein, Jackson Sales & Marketing, J.O. Alvarez, Inc., Chris Usher, DTN Farmdayta, Forge Industrial Staffing, Safety Products, Fisher Design Inc., Bruce Atherly, FGI Print Management, State Supply Co., Consumers Energy, Quality Staffing Inc., Deisy Vidals. Address updated and document forwarded to No Forwarding Address, Debtor Pro Se And No Current Address Provided. Sent To Trustee Elizabeth Chalmers For Informational Purposes. (lsw, ) (Entered: 02/24/2004) |
| 02/17/2004 | | Returned Mail Received. Notice Of Possible Dividends intended for Nick R. Slager, Sergeants Pet Care, Fluid Process Equipment, Allphase Electric, Adhesive & Equipment. Address updated and document forwarded to The Above Creditors. (lsw, ) (Entered: 02/24/2004) |

| 02/20/2004 | 145 | Affidavit of No Objection (RE: related document(s)135 Motion to Approve Settlement With PB Leiner USA f/k/a Leiner Davis Gelatin Corp). (Attachments: # 1 Proposed Order) Filed by Trustee Elizabeth Chalmers (lsw, ) (Entered: 02/23/2004) |
| --- | --- | --- |
| 02/23/2004 | 146 | Motion to Approve Settlement With Peel Plastic Products, Limited Filed by Trustee Elizabeth Chalmers (Attachments: # 1 Notice & Opportunity to Object # 2 Certificate of Service (Interested Parties) # 3 Proposed Order) (lsw, ) (Entered: 02/24/2004) |
| 02/24/2004 | 147 | Order Granting Motion To Approve Settlement Re: PB Leiner USA (Related Doc # 135) Signed on 2/24/2004. (lsw, ) (Entered: 02/25/2004) |
| 02/24/2004 | | Returned Mail Received. Notice Of Possible Dividends intended for Monarch Food Colors, Edi Gateway, Somerville Packaging, CSX Transporation, Visions, PS, LLC, Panasonic Copier Co., Williamette Industries, Inc. Address updated and document forwarded to No Forwarding Address, Debtor Pro Se And No Current Address Provided. Sent To Trustee Elizabeth Chalmers For Informational Purposes. (lsw, ) (Entered: 03/01/2004) |
| 02/26/2004 | 148 | Certificate of Service (RE: related document(s)147 Order Approving Settlement - Re: PB Leiner USA). Filed by Trustee Elizabeth Chalmers (lsw, ) (Entered: 02/27/2004) |
| 03/08/2004 | 149 | Renewed Motion to Compel Appearance Of Representative Of Debtor And Production Of Documents Filed by Trustee Elizabeth Chalmers (Attachments: # 1 Exhibit 1# 2 Exhibit A# 3 Exhibit B) (lsw, ) (Entered: 03/09/2004) |
| 03/09/2004 | | Corrective Entry: DEFECTIVE CLAIM- NO AMOUNT - Claim Number: 97 (vak, ) (Entered: 03/09/2004) |
| 03/10/2004 | 150 | Court's Notice of Hearing (RE: related document(s) 149 Renewed Motion to Compel Appearance of Representative of Debtor and Production of Documents filed by Trustee Elizabeth Chalmers) Hearing to be held on 4/13/2004 at 10:00 AM Judge Stevenson's Courtroom (mjl, Returned to Timothy Curtin, Esq., via FAX for appropriate service.) (Entered: 03/10/2004) |
| 03/10/2004 | 151 | Second Application for Compensation for Timothy J. Curtin , Trustee's Attorney, Fee: $102,982.00, Expenses: $4129.09. Filed by Attorney Timothy J. Curtin (Attachments: # 1 Itemized Statement (Part One)# 2 Itemized Statement (Part Two)# 3 Itemized Statement (Part Three)# 4 Notice & Opportunity to Object # 5 Certificate of Service (Matrix) # 6 Proposed Order) (lsw, ) (Entered: 03/11/2004) |

| 03/11/2004 | <u>152</u> | Certificate of Service (RE: related document(s)<u>149</u> Renewed Motion to Compel Appearance Of Representative Of Debtor And Production Of Documents <u>150</u> Hearing Set). Filed by Trustee Elizabeth Chalmers (lsw, ) (Entered: 03/14/2004) |
| --- | --- | --- |
| 03/15/2004 | <u>153</u> | 454 (Recover Money/Property): Complaint by Elizabeth C. Chalmers against Huntington National Bank . Fee Amount $150 (Attachments: # <u>1</u> Adversary Coversheet) (cnr, ) (Entered: 03/16/2004) |
| 03/15/2004 | <u>154</u> | 454 (Recover Money/Property): Complaint by Elizabeth C. Chalmers against Ams Shapiro Packaging, Inc. . Fee Amount $150 (Attachments: # <u>1</u> Adversary Coversheet) (cnr, ) (Entered: 03/16/2004) |
| 03/15/2004 | <u>155</u> | 454 (Recover Money/Property): Complaint by Elizabeth C. Chalmers against Reliable Disposal . Fee Amount $150 (Attachments: # <u>1</u> Adversary Coversheet) (cnr, ) (Entered: 03/16/2004) |
| 03/18/2004 | <u>156</u> | Objection to *Second Petition for Allowance and Payment of Fees and Expenses of Counsel for Trustee* (related document(s): <u>151</u> Application for Compensation, ) Filed by U.S. Trustee Michael V. Maggio (Attachments: # <u>1</u> Certificate of Service (Interested Parties)) (2Maggio, Michael) (Entered: 03/18/2004) |
| 03/19/2004 | <u>157</u> | 454 (Recover Money/Property): Complaint by Elizabeth C. Chalmers against Delta Dental Fund . Fee Amount $150 (Attachments: # <u>1</u> Adversary Coversheet) (kap, ) (Entered: 03/19/2004) |
| 03/23/2004 | <u>158</u> | Affidavit of No Objection (RE: related document(s)<u>146</u> Trustee's Motion to Approve Settlement With Peel Plastic Products, Limited). (Attachments: # <u>1</u> Proposed Order) Filed by Trustee Elizabeth Chalmers (lsw, ) (Entered: 03/24/2004) |
| 03/24/2004 | <u>159</u> | Order Approving (Related Doc # <u>146</u>) Motion to Approve Settlement With Peel Plastic Products, Limited Filed by Trustee Elizabeth Chalmers. Signed on 3/24/2004. (lsw, ) (Entered: 03/26/2004) |
| 03/24/2004 | | Returned Mail Received. Notice of Possible Dividends and Proof of Claim intended for Apelsa. Documents not forwarded, no current address for debtor. (jah, ) (Entered: 03/31/2004) |
| 03/25/2004 | | Returned Mail Received. Notice of Possible Dividends and Proof of Claim form intended for Pet Supplies Plus USA, Inc.. Address updated and document forwarded to Pet Life Foods, Inc. (jah) (Entered: 03/25/2004) |
| 03/26/2004 | <u>162</u> | Corrective Entry:Image now uploaded- Claim Number: 114 |

| | | |
|---|---|---|
| | | (Attachments: # 1 Continuation of Claim) (vak, ) (Entered: 04/02/2004) |
| 03/29/2004 | 160 | Motion to Compel Production Of Documents Filed by Trustee Elizabeth Chalmers (Attachments: # 1 Exhibit A# 2 Exhibit B) (lsw, ) (Entered: 03/30/2004) |
| 03/29/2004 | 161 | Certificate of Service (RE: related document(s)159 Order Approving Settlement Re: Peel Plastics Products, Limited). Filed by Trustee Elizabeth Chalmers (lsw, ) (Entered: 04/01/2004) |
| 03/29/2004 | | Returned Mail Received. Notice of Undeliverable Mail intended for Pet Life Foods, Inc. Unable to forward, no correct address for debtor. (jah, ) (Entered: 04/01/2004) |
| 03/29/2004 | | Returned Mail Received. Notice of Possible Dividend to Creditors and Proof of Claim form intended for Dynamic Duo Cleaning Co. Unable to forward, no correct address for debtor (jah, ) (Entered: 04/05/2004) |
| 03/31/2004 | 163 | Notice of Change of Address for Creditor(s): Forge Industrial Staffing Filed by Debtor Pet Life Foods, Inc. (jah, ) (Entered: 04/02/2004) |
| 04/01/2004 | 164 | Court's Notice of Hearing (RE: related document(s) 160 Motion to Compel filed by Trustee Elizabeth Chalmers) Hearing to be held on 4/26/2004 at 10:00 AM Judge Stevenson's Courtroom for 160, (kmt, Returned to Timothy Curtin for service.) (Entered: 04/05/2004) |
| 04/05/2004 | | Returned Mail Received. Notice of Possible Dividends and Proof of Claim intended for Caleb Brett USA, Inc. Unable to forward, no correct address for debtor (jah, ) (Entered: 04/08/2004) |
| 04/06/2004 | 165 | Certificate of Service (RE: related document(s)164 Hearing Set, 160 Motion to Compel Production Of Documents). Filed by Trustee Elizabeth Chalmers (lsw, ) (Entered: 04/07/2004) |
| 04/08/2004 | 166 | Motion To Approve Filed by Trustee Elizabeth Chalmers Re: (Attachments: # 1 Settlement Agreement And Release Re: Robert Half International Inc. # 2 Notice & Opportunity to Object # 3 Certificate of Service (Matrix) # 4 Proposed Order) (lsw, ) (Entered: 04/09/2004) |
| 04/08/2004 | 167 | Notice of Change of Address for Creditor(s): Edgar Tijerina Filed by Debtor Pet Life Foods, Inc. (jah, ) (Entered: 04/12/2004) |
| 04/13/2004 | 168 | Order Compelling Appearance Of Alan D. Brown, As Representative |

| | | |
|---|---|---|
| | | Of Debtor (Related Doc # 149) Signed on 4/13/2004. (lsw, ) (Entered: 04/14/2004) |
| 04/13/2004 | | Hearing Held (RE: related document(s) 149 Trustee's Renewed Motion to Compel Appearance Of Representative Of Debtor And Production Of Documents). Granted. Order Signed. (lsw, ) (Entered: 04/14/2004) |
| 04/14/2004 | 169 | Objection to (related document(s): 160 Chapter 7 Trustee's Motion to Compel Production Of Documents) Filed by Creditors LaSalle National Bank , LaSalle Bank, N.A. , LaSalle Business Credit,Inc. (Attachments: # 1 Certificate of Service (Interested Parties)) (lsw, ) (Entered: 04/14/2004) |
| 04/19/2004 | 170 | Certificate of Service (RE: related document(s)168 Order Compelling Appearance Of Alan D. Brown, As Representative Of Debtor). Filed by Trustee Elizabeth Chalmers (lsw, ) (Entered: 04/21/2004) |
| 04/26/2004 | | Adjourned Hearing (RE: related document(s) 160 Motion to Compel Production Of Documents filed by Trustee Elizabeth Chalmers) Hearing scheduled for 5/17/2004 at 10:00 AM at Judge Stevenson's Courtroom. For Check Information. (lsw, ) (Entered: 04/29/2004) |
| 05/05/2004 | | Adversary Case 04-88174 Closed. Dismissed (klb, ) (Entered: 05/05/2004) |
| 05/05/2004 | 171 | Affidavit of No Objection (RE: related document(s)166 Motion To Approve Settlement Agreement - Robert Half International, Inc). (Attachments: # 1 Proposed Order) Filed by Trustee Elizabeth Chalmers (lsw, ) (Entered: 05/06/2004) |
| 05/06/2004 | | Adversary Case 04-88173 Closed. Dismissed (klb, ) (Entered: 05/06/2004) |
| 05/06/2004 | 172 | Order Approving Settlement Agreement With Robert Half International Inc (Related Doc # 166) Signed on 5/6/2004. (lsw, ) (Entered: 05/10/2004) |
| 05/07/2004 | | Adversary Case 04-88175 Closed. Dismissed (klb, ) (Entered: 05/07/2004) |
| 05/14/2004 | 173 | Memorandum Of Law In Support Of (RE: related document(s)160 Motion to Compel Production Of Documents). (Attachments: # 1 Certificate of Service (Interested Parties)) Filed by Trustee Elizabeth Chalmers (lsw, ) (Entered: 05/14/2004) |
| 05/17/2004 | | Adjourned to Compel Hearing (RE: related document(s) 160 Motion |

| | | |
|---|---|---|
| | | to Compel Production of Documents filed by Trustee Elizabeth Chalmers, Hearing scheduled for 6/7/2004 at 10:00 AM at Judge Stevenson's Courtroom. Consent order to be filed resolving all but one issue; hearing continued as to remaining issue (mkc, ) (Entered: 05/19/2004) |
| 05/18/2004 | 174 | Certificate of Service Of Subpoena In A Case Under The Bankruptcy Code Filed by Trustee Elizabeth Chalmers (lsw, ) (Entered: 05/21/2004) |
| 05/21/2004 | 175 | Proposed Consent Order Relating To (RE: related document(s)160 Motion to Compel Production Of Documents Of LaSalle). Filed by Trustee Elizabeth Chalmers , Creditors LaSalle Bank, N.A. , LaSalle Business Credit,Inc. , LaSalle National Bank (lsw, ) (Entered: 05/24/2004) |
| 05/24/2004 | 176 | Consent Order between LaSalle Bank, NA, LaSalle National Bank, LaSalle Business Credit, Inc. And Trustee (RE: related document(s) 160 Motion to Compel Production Of Documents Of LaSalle filed by Trustee Elizabeth Chalmers). Signed on 5/24/2004 (lsw, ) (Entered: 05/27/2004) |
| 06/02/2004 | 177 | Certificate of Service (RE: related document(s)172 Order on Motion for Settlement). Filed by Trustee Elizabeth Chalmers (jah, ) (Entered: 06/04/2004) |
| 06/03/2004 | | Adversary Case 04-88178 Closed. Dismissed (mkc, ) (Entered: 06/03/2004) |
| 06/03/2004 | | Adversary Case 04-88177 Closed. Dismissed (mkc, ) (Entered: 06/03/2004) |
| 06/15/2004 | | Adversary Case 04-88179 Closed. Dismissed (mkc, ) (Entered: 06/15/2004) |
| 06/22/2004 | | Adversary Case 04-88271 Closed. Default Judgment for Plaintiff (klb, ) (Entered: 06/22/2004) |
| 06/23/2004 | 178 | 454 (Recover Money/Property): Complaint by Elizabeth C. Chalmers against Hamilton Systems . Fee Amount $150 (Attachments: # 1 Adversary Coversheet) (dr, ) (Entered: 06/24/2004) |
| 06/28/2004 | | Adversary Case 04-88270 Closed. Dismissed (mkc, ) (Entered: 06/28/2004) |
| 06/28/2004 | | Adversary Case 04-88269 Closed. Default Judgment in favor of Plaintiff (mkc, ) (Entered: 06/28/2004) |

| 06/30/2004 | 179 | Motion To Approve Settlement Agreement With Talbot Agency, Inc. Filed by Trustee Elizabeth Chalmers (Attachments: # 1 Notice & Opportunity to Object # 2 Certificate of Service (Matrix) # 3 Proposed Order Attached As Exhibit A) (lsw, ) (Entered: 07/01/2004) |
| --- | --- | --- |
| 07/06/2004 | | Adj. Hearing Held (RE: related document(s) 160 Motion to Compel filed by Trustee Elizabeth Chalmers) Motion denied w/o prejudice for failure to appear (mkc, ) (Entered: 07/12/2004) |
| 07/12/2004 | 180 | Order Denying Trustee's Motion To Compel Production Of Documents (Related Doc # 149) Signed on 7/12/2004. (lsw, ) (Entered: 07/15/2004) |
| 07/20/2004 | | Adversary Case 04-88176 Closed. Default Judgment for Plaintiff (mkc, ) (Entered: 07/20/2004) |
| 07/22/2004 | 181 | 454 (Recover Money/Property): Complaint by Elizabeth Chalmers against John D. Donahue, As Trustee Of The Pet Life Foods Employee Stock Ownership Plan , The Rosemary W. Donahue Trust , John D. Donahue , Rosemary W. Donahue , Michael Donahue , Frank Sloup , Robert Gallian , Daniel Jager . Fee Amount of $150 is DEFERRED with Request to Defer by Plaintiff. (Attachments: # 1 Exhibit 1 (Pages 1-26)# 2 Exhibit 1 (Pages 26-49)# 3 Exhibit 2 (Pages 1-30)# 4 Exhibit 2 (Pages 31-65)# 5 Adversary Coversheet) (jeg, ) (Entered: 07/23/2004) |
| 07/22/2004 | 182 | 454 (Recover Money/Property): Complaint by Elizabeth Chalmers against Tim McMahon . Fee Amount of $150 is DEFERRED with Request to Defer by Plaintiff. (Attachments: # 1 Adversary Coversheet) (dr, ) (Entered: 07/23/2004) |
| 07/22/2004 | 183 | 454 (Recover Money/Property): Complaint by Elizabeth Chalmers against Robert Gallian . Fee Amount of $150 is DEFERRED with Request to Defer by Plaintiff. (Attachments: # 1 Adversary Coversheet) (jeg, ) (Entered: 07/23/2004) |
| 07/22/2004 | 184 | 454 (Recover Money/Property): Complaint by Elizabeth Chalmers against David Sparks . Fee Amount of $150 is DEFERRED with Request to Defer by Plaintiff. (Attachments: # 1 Adversary Coversheet) (jeg, ) (Entered: 07/23/2004) |
| 07/22/2004 | 185 | 454 (Recover Money/Property): Complaint by Elizabeth Chalmers against David Clark . Fee Amount of $150 is DEFERRED with Request to Defer by Plaintiff. (Attachments: # 1 Adversary Coversheet) (dr, ) (Entered: 07/23/2004) |
| 07/22/2004 | 186 | 454 (Recover Money/Property): Complaint by Elizabeth Chalmers |

| | | |
|---|---|---|
| | | against Wayne Johnson . Fee Amount of $150 is DEFERRED with Request to Defer by Plaintiff. (Attachments: # 1 Adversary Coversheet) (jeg, ) (Entered: 07/23/2004) |
| 07/22/2004 | 187 | 454 (Recover Money/Property): Complaint by Elizabeth Chalmers against Scot Fickes . Fee Amount of $150 is DEFERRED with Request to Defer by Plaintiff. (Attachments: # 1 Adversary Coversheet) (jeg, ) (Entered: 07/23/2004) |
| 07/22/2004 | 188 | 454 (Recover Money/Property): Complaint by Elizabeth Chalmers against Gary Burnell . Fee Amount of $150 is DEFERRED with Request to Defer by Plaintiff. (Attachments: # 1 Adversary Coversheet) (dr, ) (Entered: 07/23/2004) |
| 07/22/2004 | 189 | 454 (Recover Money/Property): Complaint by Elizabeth Chalmers against Bruce A. Atherley . Fee Amount of $150 is DEFERRED with Request to Defer by Plaintiff. (Attachments: # 1 Adversary Coversheet) (jeg, ) (Entered: 07/23/2004) |
| 07/22/2004 | 190 | 454 (Recover Money/Property): Complaint by Elizabeth Chalmers against Daniel J. Dudley . Fee Amount of $150 is DEFERRED with Request to Defer by Plaintiff. (Attachments: # 1 Adversary Coversheet) (jeg, ) (Entered: 07/23/2004) |
| 07/22/2004 | 191 | 454 (Recover Money/Property): Complaint by Elizabeth Chalmers against Travis Hough . Fee Amount of $150 is DEFERRED with Request to Defer by Plaintiff. (Attachments: # 1 Adversary Coversheet) (dr, ) (Entered: 07/23/2004) |
| 07/22/2004 | 192 | 454 (Recover Money/Property): Complaint by Elizabeth Chalmers against Steven E. Smathers . Fee Amount of $150 is DEFERRED with Request to Defer by Plaintiff. (Attachments: # 1 Adversary Coversheet) (jeg, ) (Entered: 07/23/2004) |
| 07/22/2004 | 193 | 454 (Recover Money/Property): Complaint by Elizabeth Chalmers against Inovar Packaging Group, Inc. . Fee Amount of $150 is DEFERRED with Request to Defer by Plaintiff. (Attachments: # 1 Adversary Coversheet) (jeg, ) (Entered: 07/23/2004) |
| 07/22/2004 | 195 | 454 (Recover Money/Property): Complaint by Elizabeth Chalmers against James Sowell . Fee Amount of $150 is DEFERRED with Request to Defer by Plaintiff. (Attachments: # 1 Exhibit # 2 Adversary Coversheet) (dr, ) (Entered: 07/23/2004) |
| 07/22/2004 | 196 | 454 (Recover Money/Property): Complaint by Elizabeth Chalmers against Alan Brown . Fee Amount of $150 is DEFERRED with Request to Defer by Plaintiff. (Attachments: # 1 Adversary |

| | | Coversheet) (jeg, ) (Entered: 07/23/2004) |
|---|---|---|
| 07/22/2004 | 197 | 454 (Recover Money/Property): Complaint by Elizabeth Chalmers against Sergeant's Pet Care Products, Inc. . Fee Amount of $150 is DEFERRED with Request to Defer by Plaintiff. (Attachments: # 1 Adversary Coversheet) (jeg, ) (Entered: 07/23/2004) |
| 07/23/2004 | 194 | 454 (Recover Money/Property): Complaint by Elizabeth Chalmers against Sowell & Co., L.P. . Fee Amount of $150 is DEFERRED with Request to Defer by Plaintiff. (Attachments: # 1 Adversary Coversheet) (jeg, ) (Entered: 07/23/2004) |
| 07/26/2004 | 198 | Notice of Appearance by Thomas G. Hirsh on behalf of Creditor LaSalle Business Credit,Inc. . (vak, ) (Entered: 08/03/2004) |
| 08/11/2004 | 199 | Affidavit of No Objection (RE: related document(s)179 Motion To Approve Settlement Agreement With Talbot Agency, Inc.). (Attachments: # 1 Proposed Order) Filed by Trustee Elizabeth Chalmers (lsw, ) (Entered: 08/12/2004) |
| 08/12/2004 | 200 | Order Approving Settlement Agreement With Talbot Agency, Inc. (Related Doc # 179) Signed on 8/12/2004. (lsw, ) (Entered: 08/17/2004) |
| 08/19/2004 | 201 | Certificate of Service (RE: related document(s)200 Order Approving Settlement Agreement With Talbot Agency, Inc). Filed by Trustee Elizabeth Chalmers (lsw, ) (Entered: 08/20/2004) |
| 08/24/2004 | 202 | Corrective Entry: debtor's name and address changed from Pet Life Foods to State of Michigan- Claim Number: 130 (aml, ) (Entered: 08/27/2004) |
| 09/21/2004 | | Adversary Case 04-88227 Closed. Dismissed / Settled (mkc, ) (Entered: 09/21/2004) |
| 10/13/2004 | | Adversary Case 04-88444 Closed. Default Judgment for Plaintiff (klb, ) (Entered: 10/13/2004) |
| 10/20/2004 | 203 | Affidavit of No Objection (RE: related document(s)131 Application to Employ Wardrop & Wardrop, PC (Robert F. Wardrop II) as Trustee's Attorney). (Attachments: # 1 Proposed Order) Filed by Trustee Elizabeth Chalmers (vak, ) (Entered: 10/26/2004) |
| 10/26/2004 | 204 | Order Granting Application to Employ Robert F. Wardrop for Elizabeth Chalmers (Related Doc # 131) Signed on 10/26/2004. (vak, ) (Entered: 10/28/2004) |
| | | |

| 10/28/2004 | 205 | Order Granting Application For Compensation (Related Doc # 151) for Timothy J. Curtin, fees awarded: $90000.00, expenses awarded: $4129.09 Signed on 10/28/2004. (vak, ) (Entered: 11/02/2004) |
|---|---|---|
| 11/23/2004 | | Adversary Case 04-88277 Closed. Dismissed (mkc, ) (Entered: 11/23/2004) |
| 12/15/2004 | | Adversary Case 04-88180 Closed. Dismissed (mkc, ) (Entered: 12/15/2004) |
| 01/03/2005 | | Adversary Case 1-04-ap-88503 Closed. Dismissed (klb, ) (Entered: 01/03/2005) |
| 02/02/2005 | | Adversary Case 1-04-ap-88493 Closed. Dismissed (klb, ) (Entered: 02/02/2005) |
| 02/02/2005 | | Adversary Case 04-88499 Closed. Dismissed (mkc, ) (Entered: 02/02/2005) |
| 02/03/2005 | | Adversary Case 1-04-ap-88494 Closed. Dismissed (klb, ) (Entered: 02/03/2005) |
| 03/28/2005 | | Adversary Case 04-88444 Closed. Default Judgment in favor of Plainitff (mkc, ) (Entered: 03/28/2005) |
| 03/29/2005 | | Adversary Case 04-88497 Closed. Dismissed (mkc, ) (Entered: 03/29/2005) |
| 04/06/2005 | 206 | Application to Employ O'Keefe & Associates as Accountant Filed by Trustee Elizabeth Chalmers (Morgan, Paul) (Entered: 04/06/2005) |
| 04/06/2005 | 207 | Stipulated Proposed Order *Appointing Accountant* (RE: related document(s)206 Application to Employ O'Keefe & Associates as Accountant). Filed by Trustee Elizabeth Chalmers (Morgan, Paul) (Entered: 04/06/2005) |
| 04/11/2005 | 208 | Order Granting Application to Employ Accountants O'Keefe & Associates (Related Doc # 206) Signed on 4/11/2005. (lmj, ) (Entered: 04/11/2005) |
| 06/03/2005 | 209 | Application for Compensation for O'Keefe & Associates Consultants, LLC, Accountant, Fee: $9,559.00, Expenses: $189.02. Filed by Accountant O'Keefe & Associates Consultants, LLC (Morgan, Paul) (Entered: 06/03/2005) |
| 06/03/2005 | 210 | Notice of Application for Professional Fees Pursuant to |

| | | |
|---|---|---|
| | | Fed.R.Bankr.P.2016 and Notice of the Right to Object (related documents 209 Application for Compensation) Filed by Accountant O'Keefe & Associates Consultants, LLC (Morgan, Paul) (Entered: 06/03/2005) |
| 06/03/2005 | 211 | Proposed Order *Allowing Accountant's Fees* (RE: related document(s) 209 Application for Compensation for O'Keefe & Associates Consultants, LLC, Accountant, Fee: $9,559.00, Expenses: $189.02., 210 Notice of Application for Fees. Filed by Accountant O'Keefe & Associates Consultants, LLC (Morgan, Paul) (Entered: 06/03/2005) |
| 06/03/2005 | 212 | Certificate of Service (RE: related document(s)209 Application for Compensation for O'Keefe & Associates Consultants, LLC, Accountant, Fee: $9,559.00, Expenses: $189.02., 210 Notice of Application for Fees, 211 Proposed Order, ). Filed by Accountant O'Keefe & Associates Consultants, LLC (Morgan, Paul) (Entered: 06/03/2005) |
| 06/07/2005 | | Adversary Case 04-88498 Closed. Order in favor of Plaintiff (mkc, ) (Entered: 06/07/2005) |
| 06/21/2005 | | Adversary Case 04-88501 Closed. Settled - Dismissed (mkc, ) (Entered: 06/21/2005) |
| 06/21/2005 | | Adversary Case 04-88504 Closed. Settled - Dismissed (mkc, ) (Entered: 06/21/2005) |
| 07/11/2005 | | Adversary Case 04-88495 Closed. Dismissed (mkc, ) (Entered: 07/11/2005) |
| 07/11/2005 | | Adversary Case 04-88496 Closed. Dismissed (mkc, ) (Entered: 07/11/2005) |
| 07/26/2005 | | Adversary Case 04-88492 Closed. Settled (mkc, ) (Entered: 07/26/2005) |
| 08/03/2005 | | Adversary Case 04-88500 Closed. Order in favor of Plaintiff (mkc, ) (Entered: 08/03/2005) |
| 08/03/2005 | | Adversary Case 04-88502 Closed. Dismissed (mkc, ) (Entered: 08/03/2005) |