## NOTIFICATION AND CANCELLATION AGREEMENT

This Agreement is entered into this 2nd day, of May, 2002 between Pet Life Foods, Inc., an Illinois corporation, ("Pet Life") and Sergeant's Pet Care Products, Inc., a Nevada Corporation ("Sergeant's").

### Background

Pet Life and Sergeant's have entered into a number of agreements including, but not limited to, the Trademark License and Transfer Agreement (the "Trademark Agreement"), numerous purchase orders and cost sharing agreements as to slotting arrangements. Pet Life has requested that Sergeant's pay all current invoices without deduction for defective products and both parties desire to terminate their existing contractual relationships.

NOW THEREFORE, in consideration of the premises and agreements set forth herein, the parties agree as follows:

1.    Sergeant's shall wire transfer to LaSalle Business Credit, Inc. for credit to Pet Life the amount of $363,707.38 which represents the current total of all invoices for products produced by Pet Life and shipped to Sergeant's for the account of Sergeant's, without deduction. Sergeant's waives the defenses and deductions it has with respect to the foregoing invoices in exchange for the consideration set forth in Paragraph 5. In addition Sergeant's shall pay the fair market value of all Sergeant's inventory owned by Pet Life not purchased by World Pet.

2.    Sergeant's cancels all purchase orders for product not shipped as of the date hereof and Pet Life acknowledges such orders have been cancelled.

3.    Pet Life acknowledges that it is obligated to Sergeant's in a total amount of $447,446.38  The components of the obligations due from Pet Life to Sergeant's are set forth on Exhibit A attached hereto.

4.    The license granted to Pet Life under the Trademark License and Transfer Agreement dated September 1, 2001 is revoked in its entirety and Pet Life shall have no further right to use any of the trademarks identified on Exhibit B attached hereto.

5.    In consideration of the payment made pursuant to Paragraph 1 and as an offset to the amount owed by Pet Life to Sergeant's, as set forth in Paragraph 3 hereof and on Exhibit A attached hereto, Pet Life acknowledges that Sergeant's is not obligated to make any further payment to Gaines Pet Foods Corp. pursuant to the Supplier and Royalty Agreement dated November 23, 1999 nor any amounts due to Whitecap, Inc., Gerald Schulman and David Kofsky pursuant to a Sales and Marketing Agreement. The obligation of Sergeant's to make such payment under the Trademark Agreement is offset against the current amounts due to Sergeant's.



EXHIBIT

5

Execution Copy
Page 1

6.    The No-Offset Letter dated September 1, 2001 shall be deemed of no force or effect and all parties hereto agree to the terms of the offset contained herein.

7.    The obligations due to Sergeant's, as described herein, are current and of the same nature as the obligations of Sergeant's to Pet Life and thus, the offset is of current mutual obligations.

8.    All notices, demands or other communications of any type (herein collectively referred to as "Notices") whether required by this Agreement or in any way related to the transaction contracted for herein shall be in writing and delivered to the person to whom the Notice is directed, either (i) in person, (ii) by United States Mail, postage prepaid, registered or certified mail with return receipt requested, (iii) delivered by a commercial delivery service, or (iv) delivered by a commercial delivery service, or (v) sent by telex, telecopy or facsimile transmission (provided it is confirmed by commercial delivery service or by mail in the manner provided herein). Notices delivered by mail shall be deemed given and received upon deposit in a post office or other depository under the care or custody of the United States Postal Service, addressed properly, with proper postage affixed. All notices shall be addressed as follows:

If to Pet Life Foods, Inc.

Alan Brown
1601 Elm Street, Suite 300
Dallas, TX 75201

If to Sergeants:

Mr. Bob Scharf
President
Sergeant's Pet Care Products
14748 West Center Road, Suite 303
Omaha, NE 68144-2029
facsimile: 402-938-7099

Either party hereto may change the address for Notice specified above by giving the other party two (2) days' advance written notice of such change of address. Notices given otherwise than by mail shall be deemed given and received upon actual receipt thereof.

9.    EXCEPT WHERE FEDERAL LAW IS APPLICABLE OR PREEMPTS STATE LAWS, THIS AGREEMENT SHALL BE GOVERNED BY AND CONSTRUED IN ACCORDANCE WITH THE LAWS OF THE STATE OF TEXAS. THIS AGREEMENT IS PERFORMABLE IN DALLAS COUNTY, TEXAS, AND VENUE FOR ANY LEGAL ACTION ARISING OUT OF THIS AGREEMENT SHALL BE EXCLUSIVELY IN DALLAS COUNTY, TEXAS.

10.    This Agreement embodies the entire Agreement between the parties and supersedes all prior agreements and understandings, if any, relating to the transactions described herein, and may be amended or supplemented only by an instrument in writing executed by the party against whom enforcement is sought. THIS WRITTEN AGREEMENT REPRESENTS THE FINAL AGREEMENT BETWEEN THE PARTIES AND MAY

S 000093

NOT BE CONTRADICTED BY EVIDENCE OF PRIOR, CONTEMPORANEOUS OR SUBSEQUENT ORAL AGREEMENTS OF THE PARTIES.    THERE ARE NO UNWRITTEN ORAL

11.    Parties Bound.  Subject to the limitations on assignment contained herein, this Agreement shall be binding upon and inure to the benefit of Pet Life and Sergeant's, and their respective successors and assigns.

12.    Further Acts.  In addition to the acts recited in this Agreement to be performed by Pet Life and Sergeant's, Pet Life and Sergeant's agree to perform or cause to be performed, on or after Closing, any and all such further acts as may be reasonably necessary to consummate the transactions contemplated hereby.

13.    Severability.  In case any one or more of the provisions contained in this Agreement shall for any reason be held to be invalid illegal or unenforceable in any respect, such invalidity, illegality or unenforceability shall not affect any other provisions hereof, and this Agreement shall be construed as if such invalid, illegal or unenforceable provision had never been contained herein.

14.    Assignment.  This Agreement may not be assigned by either party without the consent of the other.

15.    Headings.  Headings used in this Agreement are used for reference purposes only and do not constitute substantive material to be considered in construing the terms of this Agreement.

IN WITNESS WHEREOF, all parties have executed this Agreement to be effective for all purposes as of the Effective Date.

Sergeant's Pet Care Products, Inc.

By: _____
    Robert Scharf
    President

Pet Life Foods, Inc.

By: _____
    Alan D. Brown
    Chairman of the Board

S 000094

**EXHIBIT A**

**OBLIGATIONS FROM PET LIFE TO SERGEANT'S**

S 000095

Sergeant's Pet Care Products
Miscellaneous A/R - Pet Life
0245-00113-7000
Fiscal Year 2002

| Description | Beginning Balance | Debit | Credit | Ending Balance |
|---|---|---|---|---|
| rosswind Petfoods for Pet Life | 0.00 | 15,141.40 | | 15,141.40 |
| ccrue Pet Life IRI Receivable | 0.00 | 15,000.00 | | 15,000.00 |
| ccrue Pet Life Crosswind Receivable | 0.00 | 3,500.00 | | 3,500.00 |
| ccrue Pet Life Receivable for M Levin | 0.00 | 21,371.38 | | 21,371.38 |
| ccrue Pet Life Receivable for A Shaddy | 0.00 | 1,053.00 | | 1,053.00 |
| ccrue Pet Life Receivable for Overweight Fine | 0.00 | 304.60 | | 304.60 |
| ccrue Pet Life for Shipping Error | 0.00 | 710.40 | | 710.40 |
| **Period 3 - Dec 2001** | 0.00 | 57,080.78 | 0.00 | 57,080.78 |
| | | | | |
| rosswind Petfoods | 15,141.40 | | (15,141.40) | 0.00 |
| ccrue Pet Life IRI Receivable | 15,000.00 | | (5,000.00) | 10,000.00 |
| ccrue Pet Life Crosswind Receivable | 3,500.00 | | (3,500.00) | 0.00 |
| ccrue Pet Life Receivable for M Levin | 21,371.38 | | (4,426.88) | 16,944.50 |
| ccrue Pet Life Receivable for A Shaddy | 1,053.00 | | | 1,053.00 |
| ccrue Pet Life Receivable for Overweight Fine | 304.60 | | | 304.60 |
| ccrue Pet Life for Shipping Error | 710.40 | | | 710.40 |
| **Period 4 - Jan 2002** | 57,080.78 | 0.00 | (28,068.28) | 29,012.50 |
| | | | | |
| ccrue Pet Life IRI Receivable | 10,000.00 | | (5,000.00) | 5,000.00 |
| ccrue Pet Life Receivable for M Levin | 16,944.50 | | | 16,944.50 |
| ccrue Pet Life Receivable for A Shaddy | 1,053.00 | | | 1,053.00 |
| ccrue Pet Life Receivable for Overweight Fine | 304.60 | | | 304.60 |
| ccrue Pet Life for Shipping Error | 710.40 | | | 710.40 |
| **Period 5 - Feb 2002** | 29,012.50 | 0.00 | (5,000.00) | 24,012.50 |
| | | | | |
| ccrue Pet Life IRI Receivable | 5,000.00 | | (5,000.00) | 0.00 |
| ccrue Pet Life Receivable for M Levin | 16,944.50 | | | 16,944.50 |
| ccrue Pet Life Receivable for A Shaddy | 1,053.00 | | | 1,053.00 |
| ccrue Pet Life Receivable for Overweight Fine | 304.60 | | | 304.60 |
| ccrue Pet Life for Shipping Error | 710.40 | | | 710.40 |
| ccrue Pet Life Receivable on Winn Dixie | 0.00 | 284,292.03 | | 284,292.03 |
| ccrue Pet Life Royalty Nov 01 – Feb 02 | 0.00 | 27,433.40 | | 27,433.40 |
| **Period 6 - Mar 2002** | 24,012.50 | 311,725.43 | (5,000.00) | 330,737.93 |
| | | | | |
| **ubtotal Receivables from Pet Life in Misc A/R** | | 368,806.21 | (38,068.28) | 440,843.71 |
| | | | | |
| | | | | |
| **ther Receivables & Deductions** | | | | |
| | | | | |
| partan Stores Paid Pet Life for our Invoices | | | (2,046.22) | |
| ricing Deduction on Pet Life Invoice 53207 of 4/10/02 | | | (3,399.20) | |
| hort Shipped on Pet Life Invoice 52782 of 3/11/02 | | | (1,800.00) | |
| ayment from Albertsons went to Pet Life for our Invoices | | 4,198.37 | | |
| ayment from Nash Finch went to Pet Life for our Invoices | | 1,690.00 | | |
| mathers Travel to Chicago - LaSalle Business Corp | | 1,666.00 | | S 000096 |
| rown Travel to Chicago - LaSalle Business Corp | | 1,683.50 | | |
| avid Sparks Travel | | 3,409.34 | | |
| avid Sparks to Backer Show 4/10-4/15 | | 1,200.88 | | |
| **otal Receivables from Pet Life in Misc Recv** | 440,843.71 | 13,848.09 | (7,245.42) | 447,446.38 |

## EXHIBIT B
## TRADEMARKS

| Mark | Application No. | Filing Date | Registration No. | Registration Date |
|---|---|---|---|---|
| PEOPLE CRACKERS | | | 1,593,298 | 04/24/90 |
| | | | 843,886 | Mexico |
| LOLLI-PUPS | | | 569,205 | 01/13/53 |
| DOGGIE DONUTS | | | 1,273,795 | 04/10/84 |
| SAY CHEESE | | | 848,256 | Mexico |
| SIRLOINS | 76/015,808 | 04/03/2000 | | |
| MUNCHEEZ BEEF AND CHEESE TREAT | | | 2,084,349 | 07/29/97 |
| SCHNITZEL SNACKS | | | 1,691,000 | 06/02/92 |
| STEAKHOUSE STRIPS | 76/193,156 | 01/16/01 | | |
| NUTRI-DOG BARS | 76/057,760 | 05/26/2000 | | |
| SEASON'S TREATINGS | 76/073,539 | 06/19/2000 | | |
| DOG NOG | 76/071,358 | 06/16/2000 | | |
| BEER BONES | 76/073,519 | 06/19/2000 | | |
| NUTRI-CAT | 76/146,796 | 10/16/2000 | | |
| TREAT-TABS | 76/146,794 | 10/16/2000 | | |
| DENTA FRESH | 76/084,356 | 07/07/2000 | | |
| DENTAPLUS | 76/234,574 | 04/02/01 | | |
| ON POINT | 76/100,352 | 05/08/2000 | | |
| CATNIPTIONS | 76/146,795 | 10/16/2000 | | |
| TROPICAL TREATS | 76/193,155 | 01/16/01 | | |
| IT'S A DOG'S LIFE | 76/001,573 | 03/16/2000 | | |
| LICKS & KISSES | 76/015,809 | 04/03/2000 | | |
| PURRSCRIPTIONS | 76/146,793 | 10/16/2000 | | |
| PURRSUASIONS | 76/146,792 | 10/16/2000 | | |
| PURRS | 76/146,791 | 10/16/2000 | | |
| PURRSONALS | 76/146,790 | 10/16/2000 | | |
| CHEESEWICHES | 76/175,987 | 12/05/2000 | | |
| TREATWICHES | 76/175,986 | 12/05/2000 | | |
| CAT LIFE | | | 1,594,475 | 05/01/90 |
| BURGLAR CONFIGURATION | | | 1,657,561 | 09/17/91 |
| DOG CATCHER CONFIGURATION | | | 1,651,611 | 07/23/91 |
| MAILMAN CONFIGURATION | | | 1,667,782 | 10/10/91 |
| MILK MAN CONFIGURATION | | | 1,651,612 | 07/23/91 |
| POLICEMAN CONFIGURATION | | | 1,649,626 | 07/02/91 |
| TREATERS | | | 1,461,227 | 10/13/87 |
| DOG LIFE AND DESIGN | | | 577,878 | 07/28/53 |
| DOG LIFE TASTY VITTLES AND DESIGN | | | 748,854 | 04/30/63 |

| Mark | Application No. | Filing Date | Registration No. | Registration Date |
|---|---|---|---|---|
| DOGGIE DOGS | | | 1,438,257 | 04/28/87 |
| DOGGIE FRANKS | | | 1,438,258 | 04/28/87 |
| HI-LIFE AND DESIGN | | | 389,548 | 08/12/41 |
| LOLLI-PUPS CANADA | | | 209,689 | 09/26/75 |
| LOLLI-PUPS AND DESIGN | | | 569,205 | 01/13/57 |
| MY DOGGIES BAG | | | 1,460,847 | 10/13/87 |
| PEOPLE CRACKERS (MEXICO) | | | 552,254 | Not Available |
| TRAIL CALL | | | 889,124 | 04/07/70 |
| DOG HEAD LOGO | | | 1,882,414 | 03/07/95 |
| CAT HEAD LOGO | | | 1,859,904 | |
| HI-LIFE | | | 1,878,815 | 02/14/95 |
| FANTASY | | | 1,508,487 | 10/25/94 |
| LOVE MY CAT | | | 1,422,199 | 12/23/86 |
| ME & MY CAT | | | 1,461,218 | 10/13/87 |
| ME & MY DOG | | | 1,393,471 | 05/13/86 |
| PICK-OF-THE-LITTER | | | 1,476,130 | 02/09/88 |
| TRAINING WHEELS | | | 1,839,060 | 06/07/94 |

S 000098