IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DAD'S PRODUCTS COMPANY, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) C.A. No. 03-350-Erie |
| | ) |
| SERGEANT'S PET PRODUCTS, INC., | ) |
| | ) |
| Defendant | ) |
| | ) |

## **PROPOSED ORDER**

AND NOW, upon consideration of plaintiff's, Dad's Products Company, Inc.'s, Motion for Summary Judgment, it is hereby **ORDERED** that said Motion is **GRANTED**.  Judgment is hereby entered in favor of plaintiff in the amount of $493,687.92.

BY THE COURT

_____
J.

# 634884