**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| DAD'S PRODUCTS COMPANY, INC., | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) | Civil Action No. 03-350 Erie |
| SERGEANT'S PET CARE | ) ) ) | |
| Defendant. | ) | |

**ORDER**

AND NOW, this 30th day of September, 2005, IT IS HEREBY ORDERED that a settlement conference will be held before the undersigned on **Tuesday, November 8, 2005 at 1:30 p.m.** All counsel shall be present in person and have authority to settle the above captioned case, and all parties shall be present in person or available telephonically.

IT IS FURTHER ORDERED that the settlement conference will be followed by argument on the cross-motions for summary judgment if necessary.

s/ Sean J. McLaughlin<br>
United States District Judge

cc: All counsel of record.