# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

The following cases are listed for trial beginning on **November 28, 2005**, before the Honorable Sean J. McLaughlin, in Courtroom C, 2nd Floor, U.S. Federal Building and Courthouse, Erie, Pennsylvania

When cases are called for trial between **November 28, 2005 and December 22, 2005**, counsel are to be prepared to select a jury and proceed to trial. Counsel will not be required to try cases back to back, however, the order of selection is subject to change based on expected trial length and the availability of jurors. Counsel are directed to keep the Clerk notified if there is any change in the status of each case. The order for selection is as follows:

1. CR 05-2 Erie    USA v. Keith Allen Proctor    (Trabold, Patton)

2. CR 05-8 Erie    USA v. Michael Kosteniuk    (Trabold, Patton)

3. CR 05-24 Erie    USA v. Barry Wayne Lewis    (Sanner, Patton)

4. CR 05-38 Erie    USA v. Dean Leroy McCray    (Trabold, Patton)

5. CR 05-42 Erie    USA v. Jaison Ceatrix Thompson    (Trabold, Patton)

6. CR 05-44 Erie    USA v. Arcine Raymond Cook, III    (Sanner, Patton)

7. CA 03-350 Erie    Dad's Products v. Sergeant's Pet Care
   (Devlin, Lanzillo, White, Helppie)

8. CA 03-390 Erie    Richard P., et. al., v. School District of City of Erie, et. al.,
   (Ross, Olds, Matesic, Marnen, Zak, Purcell)

9. CA 04-337 Erie    Noce, et. al., v. Cawa, Inc., et. al.,
   (Pontius, Ford, Habas)

10. CA 04-175 Erie    Borden v. Amica Ins. **(Non-Jury Trial)**
    (Jones, Geer, Maczuzak)

IMMEDIATELY UPON RECEIPT OF THIS NOTICE, COUNSEL FOR THE GOVERNMENT ARE TO ISSUE APPROPRIATE WRITS OF HABEAS CORPUS TO THE U.S. MARSHAL SERVICE FOR ANY AND ALL OUT OF STATE DEFENDANTS OR WITNESSES

Nicole M. Kierzek
Courtroom Deputy to Judge Sean J. McLaughlin

cc: All counsel
   United States Attorney
   Federal Public Defender
   United States Marshal
   United States Pretrial Services