IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |  |
|---|---|---|
| DAD'S PRODUCTS COMPANY, INC. </br>     Plaintiff, </br> </br> Vs. </br> </br> SERGEANT'S PET CARE PRODUCTS, INC., </br>     Defendants. | ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) | Civil Action No. 03-350 Erie |

**O R D E R**

AND NOW, to with, this 28th day of November, 2005, the Plaintiff having notified the Court that this case has settled

IT IS HEREBY ORDERED that this case is marked administratively closed. It appears no further action is required by the Court at this time.

                                                      S/Sean J. McLaughlin
                                                    Sean J. McLaughlin
                                                    United States District Judge

cc: all parties of record