## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA
## ERIE DIVISION

| | | |
|---|---|---|
| DAD'S PRODUCTS COMPANY, INC., | ) | |
| | ) | |
| | ) | Civil Action No. 03-350 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | The Honorable Sean J. McLaughlin |
| SERGEANT'S PET CARE PRODUCTS, | ) | |
| INC. | ) | |
| | ) | |
| Defendant. | ) | |

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties, through their undersigned attorneys, that the above-captioned matter be and is hereby dismissed with prejudice and without costs to any party, subject to the terms and conditions of the December 2005 Settlement Agreement and Mutual Release entered into by the parties.

KNOX MCLAUGHLIN GORNALL
SENNETT, P.C.

By:    /s/ Richard A. Lanzillo
     Richard A. Lanzillo, Esq.
     Pa. I.D. No. 53811
     Neal Devlin, Esquire
     Pa. I.D. No. 89223
     120 West Tenth Street
     Erie, PA 16501-1461
     (814) 459-2800

Dated: December 16, 2005

THORP REED & ARMSTRONG, LLP

By:    /s/ David E. White
     David E. White, Esq.
     Pa. I.D. No. 59659
     Thorp Reed & Armstrong, LLP
     One Oxford Centre
     301 Grant Street, 14th Floor
     Pittsburgh, PA 15219-1425
     Telephone: (412) 394-2343

Dated: December 16, 2005